JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.: CV 20-1265-DMG (ASx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [14]** |

Based upon the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: May 5, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE